```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
```

**RONALD PURNELL,**

                        **Plaintiff,**                    18-CV-11758 (ALC)(SN)

           -against-                                 <u>**ORDER**</u>

**NYC HRA P.O. NATASHA BLOUNT, et al.,**

                        **Defendants.**

```
-----------------------------------------------------------------X
```

**SARAH NETBURN, United States Magistrate Judge:**

On January 17, 2020, Defendant FJC Security Services, Inc., filed its interrogatories and discovery requests to Plaintiff on the docket. ECF Nos. 46-47. The parties are instructed to serve discovery requests and interrogatories on the parties and not to file them on the case docket unless such filing is part of a discovery motion.

**SO ORDERED.**

                                                     _____
                                                     SARAH NETBURN
DATED:     January 21, 2020          United States Magistrate Judge
              New York, New York