BRIAN E. MIDDLEBROOK
BMIDDLEBROOK@GRSM.COM



ATTORNEYS AT LAW
1 BATTERY PARK PLAZA, 28TH FLOOR
NEW YORK, NY  10004
PHONE: (212) 269-5500
FAX: (212) 269-5505
WWW.GRSM.COM

March 6, 2020

**VIA ELECTRONIC FILING**
The Honorable Sarah Netburn, United States Magistrate Judge
United States District Court, Southern District of New York
Thurgood Marshall Courthouse
40 Foley Square, Courtroom 219
New York, NY 10007

  Re: *Ronald Purnell v. NYC HRA P.O. Natasha Blount, et al.*
     Docket No.: 18-CV-11758(ALC)(SN)_____

Dear Judge Netburn:

  This office represents defendants NYC HRA P.O. Natasha Blount ("Officer Blount") and The City of New York ("City") (collectively, "City defendants") in the above-referenced matter. We submit this letter on behalf of all parties pursuant to Your Honor's Civil Case Management Plan & Scheduling Order, dated January 7, 2020.

  The depositions of all parties remain outstanding. The parties intend to conduct depositions as follows:
- Plaintiff on March 20, 2020;
- Officer Blount on April 3, 2020;
- Juan Helly on April 9, 2020; and
- Dominic Graham on April 9, 2020.

  With respect to expert discovery, the defendants intend to retain medical experts to conduct independent medical examinations of Plaintiff based upon the injuries alleged. Additionally, the defendants reserve their right to call liability experts pending the completion of discovery. Plaintiff intends to call a medical expert.

  As to documentary discovery, Plaintiff shall provide responses to the City defendants' and the FJC defendants' First Request for Production of Documents and First Set of Interrogatories by March 9, 2020. The FJC defendants shall provide responses to Plaintiff's First Request for Production of Documents and First Set of Interrogatories by March 9, 2020. The City defendants

March 6, 2020
Page 2

served their responses to Plaintiff's First Request for Production of Documents and First Set of Interrogatories on March 6, 2020.

          Respectfully submitted,

          GORDON REES SCULLY MANSUKHANI, LLP

By:   /s/ Brian E. Middlebrook
      Brian E. Middlebrook, Esq.
      *Attorneys for Defendants*
      HRA OFFICER NATASHA BLOUNT and THE CITY OF NEW YORK
      One Battery Park Plaza, 28th Floor
      New York, New York 10004

CC: (Via Electronic Filing)

ALAN D. LEVINE, ESQ.
*Attorneys of Plaintiff*
80-02 Kew Gardens Road, Suite 307
Kew Gardens, New York 11415
(718) 793-6363

LEWIS JOHS AVALLONE AVILES, LLP
*Attorneys for Defendants*
*FJC Security Services, Inc., Juan Helly i/s/h/a*
*Juan Holly and Dominic Graham*
One CA Plaza, Suite 11749
Islandia, New York 11749
(631) 755-0101