BRIAN E. MIDDLEBROOK
BMIDDLEBROOK@GRSM.COM



ATTORNEYS AT LAW
1 BATTERY PARK PLAZA, 28TH FLOOR
NEW YORK, NY  10004
PHONE: (212) 269-5500
FAX: (212) 269-5505
WWW.GRSM.COM

June 23, 2020

**VIA ELECTRONIC FILING**
The Honorable Sarah Netburn, United States Magistrate Judge
United States District Court, Southern District of New York
Thurgood Marshall Courthouse
40 Foley Square, Courtroom 219
New York, NY 10007

      Re:   *Ronald Purnell v. NYC HRA P.O. Natasha Blount, et al.*
                Docket No.: 18-CV-11758(ALC)(SN)

Dear Judge Netburn:

      This office represents defendants NYC HRA P.O. Natasha Blount ("Officer Blount") and The City of New York ("City") (collectively, "City defendants") in the above-referenced matter. We submit this letter on behalf of all parties pursuant to Your Honor's Order, dated June 9, 2020.

      Plaintiff's counsel has advised that his office served the outstanding responses to the City defendants' First Set of Interrogatories and First Request for Production of Documents on June 18, 2020 via regular mail. An electronic copy of these responses was not provided due to the size of the production. To date, the City defendants have not received the responses via regular mail. We will inform the Court upon receipt of the responses.

      With respect to the other items of discovery, the City defendants served their Second Request for Production of Documents via electronic and regular mail on June 22, 2020. Pursuant to the joint status letter, dated June 8, 2020, and Your Honor's Order, dated June 9, 2020, Plaintiff shall provide responses to the City defendants' Second Request for Production of Documents by July 22, 2020. Additionally, on June 18, 2020, the City defendants served Plaintiff's counsel with a letter designating an independent medical examination of Plaintiff.

The Honorable Sarah Netburn, United States Magistrate Judge
June 23, 2020
Page 2

Thank you for your time and attention to this matter.

                              Respectfully submitted,

                              GORDON REES SCULLY MANSUKHANI, LLP

By:   */s/ Brian E. Middlebrook*
       Brian E. Middlebrook, Esq.
       *Attorneys for Defendants*
       HRA OFFICER NATASHA BLOUNT and THE CITY OF NEW YORK
       One Battery Park Plaza, 28th Floor
       New York, New York 10004

CC: (VIA ELECTRONIC FILING)

ALAN D. LEVINE, ESQ.
*Attorneys of Plaintiff*
80-02 Kew Gardens Road, Suite 307
Kew Gardens, New York 11415
(718) 793-6363

LEWIS JOHS AVALLONE AVILES, LLP
*Attorneys for Defendants*
*FJC Security Services, Inc., Juan Helly i/s/h/a*
*Juan Holly and Dominic Graham*
One CA Plaza, Suite 11749
Islandia, New York 11749
(631) 755-0101