UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

RONALD PURNELL,

                               **Plaintiff,**                                               18-CV-11758 (ALC)(SN)

           -against-                                                     **ORDER**

**NYC HRA P.O. NATASHA BLOUNT, et al.,**

                               **Defendants.**

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

       The settlement conference currently scheduled for Thursday, July 16, 2020, at 2:00 p.m., is RESCHEDULED for 10:00 a.m. that same day. Should the parties resolve the litigation before the conference date, they must notify the Court in writing immediately.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:    July 10, 2020
               New York, New York