UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

RONALD PURNELL,

                Plaintiff,

- against -

NYC HRA P.O. NATASHA BLOUNT, Tax Registration No. 993904, NYC HRA P.O. WHITE, FJC SECURITY SERVICES, INC., JUAN HOLLY, DOMINIC GRAHAM, NYC HRA P.O. "JOHN DOES" 1-2 and THE CITY OF NEW YORK,

                Defendants.

Case No.: 1:18-cv-11758-ALC-SN

**STIPULATION OF DISCONTINUANCE WITH PREJUDICE**

---

**IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned, the attorneys of record for all the parties to the above entitled action, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, the above entitled action be, and the same hereby is discontinued with prejudice, without costs to any party as against the other. This Stipulation may be filed without further notice with the Clerk of the Court.

Dated: New York, New York
       October 30, 2020

_/s/ Alan D. Levine_
ALAN D. LEVINE, ESQ.
*Attorneys for Plaintiff*
80-02 Kew Gardens Road, Suite 307
Kew Gardens, New York 11415
(718) 793-6363

_/s/ Timothy Cameron_
Timothy Cameron, Esq.
LEWIS JOHS AVALLONE AVILES, LLP
*Attorneys for Defendants*
*FJC Security Services, Inc., Juan Helly i/s/h/a Juan Holly and Dominic Graham*
One CA Plaza, Suite 225
Islandia, New York 11749
(631) 755-0101

1

Purnell v. NYC HRA P.O. Natasha Blount, et al.
Case No.: 1:18-cv-11758-ALC-SN
Page 2

_[signature]_
_____
Brian Middlebrook, Esq.
Sarah Prager, Esq.
GORDON REES SCULLY MANSUKHANI, LLP
*Attorneys for Defendants*
*The City of New York and HRA P.O. Natasha Blount*
1 Battery Park Plaza, 28th Floor
New York, New York 10004
(212) 269-5500


SO ORDERED:      _____
                 HON. SARAH NETBURN

Dated: